# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2968

_____

|  |  |  |
|---|---|---|
| Willie Mason, Jr., | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Arkansas. |
| Sears, Roebuck and Company, | * | |
| | * | **[UNPUBLISHED]** |
| Appellee, | * | |
| | * | |

_____

Submitted: January 20, 2000
Filed: January 25, 2000

_____

Before LOKEN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Willie Mason, Jr., a black male, appeals the district court's[1] grant of summary judgment to his former employer, Sears, Roebuck and Company (Sears), dismissing his 42 U.S.C. § 1981 employment discrimination action. After careful review of the summary judgment record, we agree with the district court that Mason failed to present direct evidence of discrimination, failed to present sufficient evidence of a prima facie

_____

[1]The HONORABLE STEPHEN M. REASONER, United States District Judge for the Eastern District of Arkansas.

case of racial discrimination, and failed to show that Sears's legitimate, nondiscriminatory reason for terminating him was pretextual. <u>See</u> <u>Roxas v. Presentation College</u>, 90 F.3d 310, 315 (8th Cir. 1996) (Title VII burden-shifting analysis applies to § 1981 claims). Accordingly, reviewing the grant of summary judgment de novo, <u>see</u> <u>Lynn v. Deaconess Med. Ctr.-W. Campus</u>, 160 F.3d 484, 486 (8th Cir. 1998), we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.